■ (A) The People of the State of New York v. Oliver Smith. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ. (B) The People of the State of New York v. John Gwynn. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ. (C) The People of the State of New York v. Calvin S. Booker. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

■ The People of the State of New York v. Thomas E. Timmons.— Order of this court entered on January 12, 1961 assigning Anthony F. Marra, Esq., as counsel for the defendant-appellant is vacated and Samuel B. Seidel, Esq., of 230 Park Avenue, New York, New York, is assigned as counsel for defendant-appellant for the purposes of the appeal in the place and stead of Anthony F. Marra, Esq. The defendant's time within which to perfect said appeal is enlarged to the May 1961 Term of this court. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ Christian Dior, Societe a Responsabilite Limitee, et al., v. Frederick L. Milton et al.— Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before March 16, 1961, with notice of argument for March 28, 1961, said appeal to be argued or submitted when reached. The stay contained in the order to show cause, dated February 10, 1961, is continued pending the hearing and determination of the appeals. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.